## CERTIFICATE OF SERVICE

    I, Tyler J. Harttraft, certify that on February 26, 2021, the foregoing Defendants' Answer with Affirmative Defenses to Plaintiffs' Amended Complaint and Counterclaim was electronically filed with the Court and served upon the following via the Court's electronic filing system:

Antranig Garibian, Esq.
**GARIBIAN LAW OFFICES, P.C.**
1800 JOHN F. KENNEDY BLVD., SUITE 300
Philadelphia, PA 19103
ag@garibianlaw.com
*Attorney for Plaintiffs*

By: */s/ Tyler J. Harttraft*
    Tyler J. Harttraft, Esq.
    Andrew T. Bull, Esq.
    **BULL BLOCKCHAIN LAW LLP**
    21 S. 11th Street, Floor 2
    Philadelphia, Pennsylvania
    (267) 614-4627
    andrew@bullblockchainlaw.com
    tyler@bullblockchainlaw.com
    *Attorneys for Defendants*