UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY and PIMPORN CARTY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | 5:20-cv-5585 |
| | : | |
| STEEM MONSTERS CORP., et al., | : | |
| Defendants. | : | |

**NOTICE OF SCHEDULING OF INITIAL FED.R.CIV.P. 16 PRETRIAL CONFERENCE**

An initial Federal Rule of Civil Procedure 16 pretrial conference has been scheduled before Judge Joseph F. Leeson, Jr. in the above-captioned case. The conference will be held **via telephone** on **Monday, April 19, 2021,** at **2:30 p.m.**

Counsel will be provided with call-in information by email.

A copy of the Policies and Procedures for Judge Leeson is available on the court's website at https://www.paed.uscourts.gov. Prior to the initial pretrial conference, the parties are directed to confer and prepare a joint report (using the attached format "Joint Report by Counsel to the Court of Rule 26(f) Meeting") pursuant to Federal Rule of Civil Procedure 26(f). This joint report is to be faxed to chambers at 610-821-1481 no later than three days prior to the conference. Requests to reschedule this conference are strongly discouraged, and the conference will only be rescheduled when compelling circumstances so require.

BY THE COURT:

By: /s/ Diane J. Abeles
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov
    610-391-7020

Dated: March 10, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____, | : | |
| Plaintiff, | : | |
| v. | : | No. _____ |
| _____, | : | |
| Defendant. | : | |

JOINT REPORT BY COUNSEL TO THE COURT OF RULE 26(f) MEETING
(To Be Sent to Chambers Three (3) Days in Advance of Initial Rule 16 Pretrial Conference)

In compliance with Federal Rule of Civil Procedure 26(f), counsel for the parties jointly report as follows:

1. Jurisdiction: State the basis for jurisdiction of the Court:
   _____

2. Trial:

   (a) Jury Trial           _____
   (b) Non-Jury Trial       _____
   (c) Arbitration          _____
   (d) Cross Motions for Summary
       Judgment (no testimony required)   _____
                                          (Check One)

3. Plaintiff Counsel: Name(s) of Plaintiff counsel attending Rule 16 Conference:
   _____

4. Defense Counsel: Name(s) of Defense counsel attending Rule 16 Conference:
   _____

5. Date of Rule 26 Conference: State the date the parties held required Rule 26 Conference: _____

6. Compliance with Rule 26(a) Self-Executing Disclosure Requirement: Have all parties complied with Rule 26(a) duty of self-executing disclosure?

   (a) Yes\_\_\_\_\_   No\_\_\_\_\_   (Check One)
   (b) If no, state date compliance will occur: _____

7.  <u>Discovery</u>:

   (a)  <u>Fact Discovery</u>

   (i)  The parties anticipate that fact discovery will be completed within _____ days (the Court allows up to 90 days from the date of the initial Rule 16 pretrial conference to complete fact discovery).

   (ii)  If you contend the fact discovery period should exceed 90 days, please state reason: _____

   (iii)  Do the parties anticipate serving Interrogatories and/or Requests for Production?
   Yes_____   No_____   (Check One)

   (iv)  Have Interrogatories and/or Requests for Production been served?
   Plaintiff   Yes_____   No_____   (Check One)
   Defendant   Yes_____   No_____   (Check One)

   (b)  <u>Expert Discovery</u>

   Does either side anticipate the use of experts?
   Plaintiff   Yes_____   No_____   (Check One)
   Defendant   Yes_____   No_____   (Check One)

   (c)  <u>Electronic Discovery</u>

   It is expected that the parties will reach an agreement on how to conduct electronic discovery. In the event the parties cannot reach such an agreement before the Rule 16 scheduling conference, the Court will enter an order incorporating default standards. The default order can be viewed on the Court's web site at the link for "Judges' Info", then proceed to "District Court Judges", then proceed to "Joseph F. Leeson, Jr." to view "Order Governing Electronic Discovery".

   (d)  <u>Claims of Privilege</u>

   Have the parties discussed issues relating to claims of privilege or of protection of trial-preparation material, as required by Rule 26(f)(3)(D)?
   Yes_____   No_____   (Check One)

   (e)  <u>Other Discovery Issues</u>

   Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.
   _____

8. <u>Case Dispositive Motions</u>:  Does either side expect to file a case-dispositive motion?

    (a)    Plaintiff   Yes____   No____  (Check One)
          (i)    If yes, under what Rule: _____
          (ii)   If yes, specify the issue(s): _____

    (b)    Defendant  Yes____   No____  (Check One)
          (i)    If yes, under what Rule: _____
          (ii)   If yes, specify the issue(s): _____

9. <u>Settlement</u>:

Local Rule 53.3 requires litigants in all civil actions to consider the use of an alternative dispute resolution process ("ADR"), such as mediation or settlement conferences.  The parties should familiarize themselves with this Rule before responding to the following questions.

    (a)    (i)    Do the parties want to explore with the Court the possibility of settlement at the Rule 16 Conference?
                 Plaintiff   Yes_____       No_____     (Check One)
                 Defendant  Yes_____       No_____     (Check One)

          (ii)   Will all counsel have full authority to settle at Rule 16 Conference?
               Yes_____   No_____  (Check One)

    (b)    Has the Plaintiff submitted a demand for settlement to Defendant?
           Yes_____   No_____  (Check One)

    (c)    Is a settlement conference at a future date likely to be helpful? _____
           If so, when: _____

    (d)    Explain any decision not to seek early resolution through ADR, and provide any other pertinent information about the discussions the parties have had about ADR: _____
_____

10. <u>Estimated Trial Ready Date</u>:  Approximate date case should be trial-ready:
_____

11. <u>Estimated Number of Days for Trial</u>:

    (a)    For Plaintiff's case: _____
    (b)    For Defendant's case: _____

12. <u>Disposition by U.S. Magistrate Judge</u>:  Following consultation with your clients, do you agree to proceed before a U.S. Magistrate Judge for final disposition?
    Yes_____     No_____     (Check One)

    If yes, all counsel are to sign the attached Consent and Reference of a Civil Action to a Magistrate Judge form and return to Judge Leeson's Chambers at least 48 hours before the Initial Rule 16 Pretrial Conference.  Thereupon the Initial Rule 16 Conference will be cancelled by Judge Leeson, the case will be re-assigned to the docket of Judge Perkin, and Judge Perkin will determine future scheduling of the case.

13. <u>Other Matters</u>:  Indicate discussion and any agreement on any matters not addressed above, or such matters upon which the involvement of the Court is requested.
    _____

14. <u>Summary of Claims, Defenses and Relevant Issues</u>:  The Complaint and Answer are docketed with the Court and available for review, however, the facts supporting those claims and defenses are not fully known.  Therefore, both sides are to set forth concisely the factual background that the parties contend support their claims and defenses (not to exceed one page in length per party):
    _____
    _____

15. <u>Certification</u>:  By signing below and submitting this Joint Report by Counsel, I certify that I have read and agree to comply with the "Policies and Procedures" of Judge Joseph F. Leeson, Jr. (copy available on the Court's website under "Judges' Info").

_____        _____
(Signature)                                                                          (Signature)

Name of Attorney: _____         Name of Attorney: _____
Counsel For: _____          Counsel For: _____
Law Firm Name: _____          Law Firm Name: _____
Address: _____          Address: _____
Telephone: _____          Telephone: _____
Fax: _____          Fax _____
E-Mail: _____          E-Mail: _____

Date: _____          Date: _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. _____ |
| | : | |
| _____, | : | |
| Defendant. | : | |

## CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.*

| Parties' Printed Names: | Signatures of Parties or Attorneys: | Dates: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## Reference Order

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Henry S. Perkin to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73

_____
**District Judge's Signature**

*Date*: _____       _____Joseph F. Leeson, Jr., J._____
**(Printed Name and Title)**

*Note:  Return this form to the Clerk of Court only if you are consenting to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a judge.*