UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jared Carty and Pimporn Carty, : CIVIL ACTION
Plaintiff, :
:
v. : No. 5:20-cv-5585
:
Steem Monsters Corp. et al., :
Defendant. :

## CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' Printed Names: | Signatures of Parties or Attorneys: | Dates: |
|---|---|---|
| Jared Carty and Pimporn Carty | *[signature]* | 4/15/2021 |
| Steem Monsters Corp. | | 4/15/2021 |
| Steem Engine Corp. | *[signature]* | 4/15/2021 |
| Blair Reich and Matt Rosen | | 4/15/2021 |

### Reference Order

IT IS ORDERED: This case is referred to United States Magistrate Judge Henry S. Perkin to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73

/s/ Joseph F. Leeson, Jr.
District Judge's Signature

Date: April 15, 2021

Joseph F. Leeson, Jr., J.
(Printed Name and Title)

Note: Return this form to the Clerk of Court only if you are consenting to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a judge.