UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY and PIMPORN CARTY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | 5:20-cv-5585 |
| | : | |
| STEEM MONSTERS CORP., et al., | : | |
| Defendants. | : | |

## NOTICE OF CANCELLATION OF INITIAL FED.R.CIV.P. 16 PRETRIAL CONFERENCE

The initial Federal Rule of Civil Procedure 16 pretrial conference scheduled for **Monday, April 19, 2021,** at **2:30 p.m.** has been **CANCELLED**.

BY THE COURT:

By: /s/ Diane J. Abeles
Diane J. Abeles, Civil Deputy Clerk
The Honorable Joseph F. Leeson, Jr.
Diane_J_Abeles@paed.uscourts.gov
610-391-7020

Dated:  April 16, 2021