IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JARED CARTY, et al
      V.                                     CIVIL ACTION:  20-5585 HSP
STEEM MONSTERS CORP, et al

## **<u>RULE 16 CONFERENCE SCHEDULING ORDER</u>**

**AND NOW**, this 16th day of APRIL, 2021,

<u>IT IS ORDERED</u> that a **TELEPHONIC** Rule 16 Scheduling Conference in the above-captioned case will be held on **THURSDAY, MAY 6, 2021 AT 2:30 PM** before the undersigned.

<u>IT IS FURTHER ORDERED</u> that ANTRANIG GARIBIAN, ESQ., shall initiate the call to all Counsel involved.  The Court's conference call contact number ***will be provided at a later date***.

<u>IT IS FURTHER ORDERED</u> that the lead trial counsel of record for each party shall participate in the conference.

<u>IT IS FURTHER ORDERED</u> that at the conference counsel shall be prepared to discuss the following:

1. Deadlines for:
   (a) discovery, including the submission of expert reports;

   (b) dispositive motions;

   (c) motions in limine; and

   (d) pre-trial memoranda, including submission of juror voir dire and points for charge.
2. Scheduling of future settlement and/or pre- trial conferences.

3.  Proposed trial dates.  (Counsel shall have their trial calendars with them).

4.  Length of trial.

5.  Other scheduling considerations.

6.  Any unique or unusual factual, legal, or procedural aspects of the case.

IT IS FURTHER ORDERED that Counsel are further directed to provide a

Conference Summary and Case Synopsis to Chambers, by Email on or before **MONDAY, APRIL**

**26, 2021, NOON.**  The Email address is Chambers_of_Judge_Henry_S_Perkin@paed.uscourts.gov.

The Conference Summary and Case Synopsis shall include:

1.  Identify any pending motions

2.  Any other relevant matters

3.  A case synopsis, **limited to two pages**, which shall be in **Microsoft Word**

    or **Wordperfect** Format

This Email address shall be used for no other purposes unless prior permission it

granted.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT_____
DEPUTY CLERK TO HENRY S. PERKIN, USMJ
  FOR INFORMATION CONTACT CHAMBERS
  Phone: 610-434-3823
  FAX: 610-434-5152