IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CARTY and<br>PIMPORN CARTY,<br><br>          Plaintiffs,<br><br>   v.<br><br>STEEM MONSTERS CORP.<br>(d/b/a Splinterlands) (successor to Steem Monsters LLC), STEEM ENGINE CORP., BLAIRE JESSE REICH, and MATTHEW J. ROSEN,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 5:20-cv-05585-JFL |

## NOTICE OF SERVICE

I certify that on September 16, 2021, a true and accurate copy of Notices of Deposition of Defendants Steem Monsters Corp, Steem Engine Corp, Blaire Jesse Reich and Matthew J. Rosen were served via email and regular mail on the following:

| | |
|---|---|
| Andrew Bull, Esquire<br>Bull Blockchain Law<br>21 S. 11th Street, 2nd Floor<br>Philadelphia, PA 19107<br>*Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* | Tyler James Harttfraft, Esquire<br>Bull Blockchain Law<br>21 S. 11th Street, 2nd Floor<br>Philadelphia, PA 19107<br>*Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* |

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian, Esquire, I.D. No. 94538
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com
*Attorneys for Plaintiffs*