IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARED CARTY, et al** | : | **CIVIL ACTION** |
| v. | : | |
| **STEEM MONSTERS CORP., et al** | : | NO.:  20-cv-05585 |

**O R D E R**

**AND NOW**, this **21ST** day of **SEPTEMBER 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Henry S. Perkin, United States Magistrate Judge, to the calendar of the Honorable Elizabeth T. Hey, United States Magistrate Judge.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
**Clerk of Court**