**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JARED CARTY and PIMPORN CARTY** : | |
| : | |
| **Plaintiffs,** : | **C.A. No. 5:20-cv-05585-JFL** |
| : | |
| **v.** : | |
| : | |
| **STEEM MONSTERS CORP. (d/b/a** : | |
| **SPLINTERLANDS) (successor to Steem** : | |
| **Monsters, LLC), STEEM ENGINE CORP.,** : | |
| **BLAIR JESSE REICH, and MATTHEW J.** : | |
| **ROSEN,** : | |
| : | |
| **Defendants.** : | |
| : | |

## NOTICE OF SERVICE

I certify that on December 20 2021, a true and accurate copy of Defendant's First Set of Requests for Production of Documents, First Set of Interrogatories, and Requests for Admission Directed to Plaintiffs was served via email and regular mail on the following:

**GARIBIAN LAW OFFICES, P.C.**
Antranig Garibian, Esquire, I.D. No. 94538
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| /s/*Tyler James Harttraft, Esquire* | /s/*Andrew Bull, Esquire* |
| Bull Blockchain Law LLP | Bull Blockchain Law LLP |
| 21 S. 11th Street, 2nd Floor | 21 S. 11th Street, 2nd Floor |
| Philadelphia, PA 19107 | Philadelphia, PA 19107 |
| tyler@bullblockchainlaw.com | tyler@bullblockchainlaw.com |
| *Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* | *Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* |