IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEM MONSTERS CORP. d/b/a SPLINTERLANDS, et al. | : | NO. 20-5585 |

ORDER

AND NOW, this 4th day of January, 2022, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **THURSDAY, JANUARY 6, 2022, at 3:00 P.M.** The Court's Conference Line is 1-571-353-2300 then enter 544200131#.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE