IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEM MONSTERS CORP. d/b/a | : | |
| SPLINTERLANDS, et al. | : | NO. 20-5585 |

## THIRD AMENDED SCHEDULING ORDER

AND NOW, this 9th day of March, 2022, upon consideration of the letter request of defense counsel to which plaintiff has not objected, it is HEREBY ORDERED that the request is GRANTED IN PART and the Second Amended Scheduling order entered January 11, 2022, is amended as follows:

1. All fact discovery (including responses) is due by April 22, 2022.

2. Affirmative expert reports are due by May 16, 2022. Rebuttal reports are due by June 15, 2022.

All other deadlines, including dispositive and expert motion deadlines, remain unchanged.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.