IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CARTY and<br>PIMPORN CARTY,<br><br>          Plaintiffs,<br><br>  v.<br><br>STEEM MONSTERS CORP.<br>(d/b/a Splinterlands) (successor to Steem Monsters LLC), STEEM ENGINE CORP., BLAIRE JESSE REICH, and MATTHEW J. ROSEN,<br><br>          Defendants. | C.A. No. 5:20-cv-05585-ETH |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS,
JARED CARTY AND PIMPORN CARTY**

      COMES NOW undersigned counsel, Antranig N. Garibian, Esquire, of Garibian Law Offices, P.C., and respectfully requests this Court to grant the within Motion to Withdraw and in support thereof, avers as follows:

1. Undersigned counsel initiated this action on behalf of Plaintiffs and is fully familiar with the facts and circumstances of the action.

2. At this time, events have transpired between counsel and Plaintiffs that have necessitated that undersigned counsel move to withdraw from representing Plaintiff.

3. In order to protect Plaintiffs' attorney-client privilege, undersigned counsel will describe the issue in general terms in this Motion. Should the Court require additional information, counsel will provide same upon request of the Court, in camera or through some other method that will prevent disclosure of the content of communications between Plaintiffs and counsel.

4. At this time, communications and difficulties have arisen between Plaintiffs and counsel that have made it unreasonably difficult for counsel to continue to represent Plaintiffs.

5. The communications difficulties between Plaintiff and counsel mitigate against the law firm continuing as counsel.  The representation has been rendered unreasonably uncomfortable by difficulty in communication and cooperation and by statements by the client directed to counsel.

6. As a result, undersigned counsel notified Plaintiffs on March 15, 2022 that it would be withdrawing as counsel.  Plaintiffs have indicated that they consent to the withdrawal.

7. Counsel's withdrawal at the present stage of the matter will not prejudice Plaintiffs' rights, the rights of any other party, or the ultimate outcome of the matter.

8. Counsel respectfully requests that, in the event this Court grants the within Motion, that Plaintiffs be provided with a reasonable period of time in which to seek out new counsel or advise that they are proceeding pro se.

9. In addition, as a result of the difficulties in client communications, while a substantial amount of the written discovery has been answered, counsel has been unable to work with Plaintiffs to fully complete outstanding discovery responses.  Thus, counsel requests that Plaintiff be allowed time to provide any remaining responses after the time period granted by the Court to seek new counsel.

10. Counsel sincerely regrets the need to file the instant Motion, but has reached the conclusion and Plaintiffs have indicated that they understand, that withdrawal is necessary and understandable.  Counsel submits that withdrawal should be done as promptly as necessary

under the instant circumstances in order to allow Plaintiffs time to retain new counsel or prosecute the action *pro se* if they wish.

For the foregoing reasons, and as set forth in the accompanying Memorandum of Law, Plaintiffs' counsel respectfully requests that the Court grant this motion to withdraw as counsel for Plaintiffs in this litigation and/or schedule a teleconference to allow undersigned counsel to provide the Court, *ex parte*, any additional information that the Court should require in order to grant the instant motion.

                              **GARIBIAN LAW OFFICES, P.C.**

By: _____
Antranig N. Garibian, Esquire
PA Attorney ID No. 94538
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
Telephone: (215) 326-9179
ag@garibianlaw.com
*Attorneys for Plaintiffs, Jared Carty and Pimporn Carty*