IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEEM MONSTERS CORP. d/b/a SPLINTERLANDS, et al. | : | NO. 20-5585 |

## ORDER

AND NOW, this day 17th day of March, 2022, upon consideration of Plaintiffs' Counsel Motion to Withdraw (Doc. No. 45), IT IS HEREBY ORDERED that a Remote Hearing shall be held on **Friday, April 1, 2022**, at **9:30 a.m.**  Plaintiffs and all counsel are required to attend. Counsel will be provided the Zoom information prior to the hearing.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.