**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JARED CARTY and PIMPORN CARTY | : |
| Plaintiffs, | : C.A. No. 5:20-cv-05585-JFL |
| v. | : |
| STEEM MONSTERS CORP. (d/b/a SPLINTERLANDS) (successor to Steem Monsters, LLC), STEEM ENGINE CORP., BLAIR JESSE REICH, and MATTHEW J. ROSEN, | : |
| Defendants. | : |

**NOTICE OF SERVICE**

I certify that on March 15, 2022, a true and accurate copy of Defendants' First Supplemental Requests for Production of Document, Directed to Plaintiffs was served via email and regular mail on the following:

**GARIBIAN LAW OFFICES, P.C.**
Antranig Garibian, Esquire, I.D. No. 94538
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com
*Attorneys for Plaintiffs*

| /s/*Tyler James Harttraft, Esquire* | /s/*Andrew Bull, Esquire* |
|---|---|
| Bull Blockchain Law LLP | Bull Blockchain Law LLP |
| 21 S. 11th Street, 2nd Floor | 21 S. 11th Street, 2nd Floor |
| Philadelphia, PA 19107 | Philadelphia, PA 19107 |
| tyler@bullblockchainlaw.com | tyler@bullblockchainlaw.com |
| *Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* | *Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* |