**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JARED CARTY and PIMPORN CARTY** : : **Plaintiffs,** : : v. : : **STEEM MONSTERS CORP. (d/b/a SPLINTERLANDS) (successor to Steem Monsters, LLC), STEEM ENGINE CORP., BLAIR JESSE REICH, and MATTHEW J. ROSEN,** : : **Defendants.** : : : | C.A. No. 5:20-cv-05585-JFL |

## NOTICE OF SERVICE

I certify that on March 30, 2022, a true and accurate copy of Defendants' Objections and Responses to Plaintiffs' Second Set of Requests for Production of Documents, and Defendants' Objections and Responses to Plaintiffs' Third Set of Requests for Production of Documents were served via email on the following:

**GARIBIAN LAW OFFICES, P.C.**
Antranig Garibian, Esquire, I.D. No. 94538
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| /s/*Tyler James Harttraft, Esquire*<br>Bull Blockchain Law LLP<br>21 S. 11th Street, 2nd Floor<br>Philadelphia, PA 19107<br>tyler@bullblockchainlaw.com<br>*Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* | /s/*Andrew Bull, Esquire*<br>Bull Blockchain Law LLP<br>21 S. 11th Street, 2nd Floor<br>Philadelphia, PA 19107<br>tyler@bullblockchainlaw.com<br>*Attorney for Defendants Steem Monsters Corp. (d/b/a Splinterlands) (successor to Steem Monsters LLC), Steem Engine Corp., Blaire Jesse Reich and Matthew J. Rosen* |