IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY AND | : | CIVIL ACTION |
| PIMPORN CARTY | : | |
| | : | |
| v. | : | |
| | : | |
| STEEM MONSTERS CORP. d/b/a | : | |
| SPLINTERLANDS, et al. | : | NO. 20-5585 |

# **ORDER**

AND NOW, this 20th day of April 2022, upon consideration of Plaintiff Jared Carty's email dated April 18, 2022, indicating that Plaintiffs wish to retain new counsel, IT IS HEREBY ORDERED that Plaintiffs shall have 60 days from the date of this Order, or until June 20, 2022, to retain new counsel.

IT IS FURTHER ORDERED that the discovery stay put in place by my prior Order dated April 1, 2022 (Doc. 50) is extended to all dates set forth in the Third Amended Scheduling Order (Doc. 44). The stay shall remain in effect until new counsel enters his/her appearance or the 60-day period ends, whichever occurs first, after which the court will set a new schedule.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.