IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY and<br>PIMPORN CARTY | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| STEEM MONSTERS CORP. d/b/a<br>SPLINTERLANDS, et al. | : <br> : | NO. 20-5585 |

## **ORDER**

AND NOW, this day 7th day of July 2022, upon review of Jared Carty's letter to the court dated this day and copied to defense counsel, and Pimporn Carty's motion to withdraw as a plaintiff also dated today (Doc. 57), and in light of the remote status conference scheduled in this matter for Wednesday, July 20, 2022, at 9:00 a.m. (Eastern time), IT IS HEREBY ORDERED that Defendants shall file a response to the motion to withdraw on or before **Monday, July 18, 2022**.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.