IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEEM MONSTERS CORP. d/b/a SPLINTERLANDS, et al. | : | NO. 20-5585 |
| | : | |
| v. | : | |
| | : | |
| JARED CARTY AND PIMPORN CARTY | : | |

## ORDER

AND NOW, this 7th day of October 2022, upon consideration of Plaintiff's Motion for Adverse Inference against Defendant Steem Monsters for Spoliation of Evidence (Doc. 66), and Defendants' response thereto (Doc. 69), IT IS HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART. The motion is granted insofar as Plaintiff may depose Mr. Reich within fourteen days of the date of this Order, at a date and time mutually agreed to by the parties, limited to two hours and to the sole issue of the alleged spoliation of electronically stored information. The motion is denied without prejudice in all other respects.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.