IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CARTY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEEM MONSTERS CORP. d/b/a SPLINTERLANDS, et al. | : | NO. 20-5585 |
| | : | |
| v. | : | |
| | : | |
| JARED CARTY AND PIMPORN CARTY | : | |

## **ORDER**

AND NOW, this 18th day of November 2022, upon consideration of Plaintiff's (Second) Motion for Adverse Inference against Defendant Steem Monsters for Spoliation of Evidence (Doc. 78), and Defendants' response thereto (Doc. 80), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.